# Court of Appeals
# of the State of Georgia

ATLANTA,__October 28, 2015_____

*The Court of Appeals hereby passes the following order:*

**A16D0083.  TRAVIS FLEMING v. THE STATE.**

Travis Fleming seeks appellate review of the trial court's order revoking his probation.  We lack jurisdiction to review the application because it is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, the trial court's order was entered on December 9, 2014, and Fleming filed his application on October 1, 2015, which was 296 days later.[1]  Therefore, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____10/28/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Fleming attempted to file his application earlier, but it was not accepted for filing because, among other reasons, he did not include a copy of the trial court's order.